# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Gross,<br><br>    Plaintiff,<br><br>v.<br><br>Diamond Resorts Management Incorporated,<br><br>    Defendant. | No. CV-18-02759-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 24), filed on November 19, 2018,

**IT IS ORDERED** approving the Stipulation (Doc. 24) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 19th day of November, 2018.

Honorable Diane J. Humetewa
United States District Judge